FILED
 2009 Dec-15  PM 01:31
 U.S. DISTRICT COURT
    N.D. OF ALABAMA

# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ALABAMA
# SOUTHERN DIVISION

```
MIA HENDERSON,                         )
                                       )
        Plaintiff,                     )
                                       )
v.                                     )   Civil Action Number:
                                       )   2:09-cv-0545-JEO
SERRA CHEVROLET, INC., and SERRA       )
AUTOMOTIVE MANAGEMENT, INC.,           )
                                       )
        Defendants.                    )
```

## ORDER

The above-styled cause is now before the court on the magistrate judge's report and recommendation (Doc. 12), entered upon a motion to intervene filed by Highlands Insurance Company in Receivership ("HICR"). (Doc. 9). In his report and recommendation, the magistrate judge concluded that the motion is due to be granted in part and denied in part, only to allow permissive intervention by HICR to submit special interrogatories and/or a special verdict form to the jury, if necessary. (Doc. 12). No objections have been filed to the report and recommendation.

The court has considered the entire file in this action together with the magistrate judge's report and recommendation and has reached an independent conclusion that the magistrate judge's report and recommendation is due to be adopted and approved. Accordingly, the court hereby **ADOPTS** and **APPROVES** the findings and recommendation of the magistrate judge as the findings and conclusions of the court, and HICR's motion to intervene (Doc. 9)

is hereby **GRANTED IN PART AND DENIED IN PART,** as set forth in the magistrate judge's report and recommendation.

    **DONE** and **ORDERED** this the 15th day of December, 2009.

                                                _____
                                                WILLIAM M. ACKER, JR.
                                                UNITED STATES DISTRICT JUDGE